IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-596-GMS |
| | ) |
| BRANDYWINE SCHOOL DISTRICT, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

**I. INTRODUCTION**

The plaintiff, Richard Thompson ("Thompson"), who proceeds *pro se,* filed this employment discrimination action on September 26, 2007. (D.I. 1.) Pending before the Court is his motion for default judgment. (D.I. 14.)

**II. MOTION FOR DEFAULT JUDGMENT**

The defendants Brandywine School District, Barbara Meridith, Debra Bullock, and Glenn Costill were served on May 16, 2008 and June 18, 2008. (D.I. 8, 10, 11, 12.) Thompson moves for default judgment on the grounds that the foregoing defendants have not answered the complaint.

Entry of default judgment is a two-step process. Fed. R. Civ. P. 55(a), (b). A party seeking to obtain a default judgment must first request that the clerk of the court "enter . . . the default" of the party that has not answered the pleading or "otherwise defend[ed]," within the time required by the rules or as extended by court order. Fed. R. Civ. P. 55(a). Even if default is properly entered, the entry of judgment by default pursuant to Rule 55(b)(2) is within the

discretion of the trial court. *Hritz v. Woma Corp.*, 732 F.2d 1178, 1180 (3d Cir. 1984). There has been no entry of default. Therefore, the motion for default judgment is premature.

NOW THEREFORE, THIS 9th day of Oct., 2008, IT IS HEREBY ORDERED that:

1. The plaintiff's motion default judgment is **denied** without prejudice as premature. (D.I. 14.)

2. The Clerk of the Court is directed to enter default against the defendants Brandywine School District, Barbara Meridith, Debra Bullock, and Glenn Costill pursuant to Fed. R. Civ. P. 55(a).

3. The Clerk of the Court shall mail a copy of this Memorandum Order to all parties.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
OCT - 9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE